UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        CRIMINAL 11-453(MLC)

    vs.                             :        ORDER APPOINTING FEDERAL
                                                                         PUBLIC DEFENDER
ANTONIO GEE                     :

    The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown;  it is on this 5th day of July, 2011,

    ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of this court.


                                                    S/Mary L. Cooper
                                                    **MARY L. COOPER,**
                                                    United States District Judge

cc:   Federal Public Defender