PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Antonio Gee  **Docket Number:** 04-00828-001
**PACTS Number:** 41398

**Name of Sentencing Judicial Officer:**   THE HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/31/2006

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 78 Months imprisonment, 36 months supervised release

**Special Conditions:** $100 special assessment

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** June 8, 2016

**Assistant U.S. Attorney:** Brendan Day, 402 East State Street, Room 430, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Brian Reilly, Federal Defenders Office, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

☐ To issue a warrant
☑ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On December 28, 2016, the offender was arrested by Trenton Police Officers and charged with Possession of a CDS with Intent to Distribute Cocaine. The probation office is awaiting details of this offense. |
| | The offender was released by police and he immediately notified the probation office of his arrest. No court date has been set at this time. |

Prob 12C – page 2
Antonio Gee

I declare under penalty of perjury that the foregoing is true and correct.

*Edwin Vazquez (☒)*
By: Edwin Vazquez
Supervising U.S. Probation Officer
Date: 12/29/2016

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing: 2/15/17 2pm
☐ No Action
☐ Other

*Mary L. Cooper*
Signature of Judicial Officer

1/9/17
Date