PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Antonio Gee  **Docket Number:** 11-00453-001
**PACTS Number:** 41398

**Name of Sentencing Judicial Officer:**   THE HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/31/2006

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 78 Months imprisonment, 36 months supervised release

**Special Conditions:**  $100 special assessment

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** June 8, 2016

**Assistant U.S. Attorney:** Brendan Day, 402 East State Street, Room 430, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Brian Reilly, Federal Defenders Office, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On December 28, 2016, the offender was arrested by Trenton Police Officers and charged with Possession of a CDS with Intent to Distribute Cocaine. The probation office is awaiting details of this offense. |
| | The offender was released by police and he immediately notified the probation office of his arrest. No court date has been set at this time. |

Prob 12C – page 2
Antonio Gee

2     The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

On January 4, 2017, the probation office was notified by law enforcement officials that the offender is no longer living at 6 Bradford Street, Hamilton, New Jersey. The offender is living at 169 Passaic Street in Trenton, New Jersey.

The offender failed to notify the probation office within 72 hours of any change of residence.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edwin Vazquez
Supervising U.S. Probation Officer
Date: 01/26/2017

---

THE COURT ORDERS:

☒ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

_Mary L. Cooper_
Signature of Judicial Officer

JAN. 27, 2017
Date